FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 07, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW GUS JOSEPH SAILORS,<br><br>Defendant. | No. 2:23-CR-00041-TOR-2<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>**MOTION GRANTED**<br>   **(ECF No. 63)** |

Before the Court is Defendant's Motion to Modify Conditions of Release, **ECF No. 63**. Specifically, the Defendant requests to be released on August 7, 2023, from inpatient substance abuse treatment to reside with his mother during the pendency of the above-captioned case. Defendant recites in his motion that U.S. Probation and the United States are not opposed to the motion.

The Court finding good cause, **IT IS ORDERED** Defendant's Motion to Modify Conditions of Release, **ECF No. 63**, is **GRANTED.**

Defendant shall be released from inpatient substance treatment on August 7, 2023, to reside with his mother, on the previously ordered conditions of pretrial release set forth in the Court's prior Order at ECF No. 56, subject to the following modifications and additional conditions, including that he appears for all hearings and that he remains in contact with his counsel. The Court strikes Condition

ORDER - 1

Nos. 12 and 18 in the Order Following Detention Review Hearing, ECF No. 56, and imposes the following additional conditions:

**1)** Defendant must reside at his mother's residence and may not change residences without prior approval from Pretrial Services.

**2)** Defendant shall participate in outpatient treatment and follow all treatment recommendations of treatment and Pretrial Services.

**3)** Defendant shall submit to random urinalysis and/or breathalyzer testing as directed by the United States Probation/Pretrial Services Office for determining whether the Defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing up to six times per month.

**4)** Defendant shall refrain from any use of alcohol.

**IT IS SO ORDERED.**

DATED August 7, 2023.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2